

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:             01-19-00420-CV

Trial Court Cause
Number:                   2014-43768

Style:                    Amita  Desai

                          **v.**  Good Hope Missionary Baptist Church of Houston

Date motion filed[*]:     May 28, 2021

Type of motion:          Motion for Rehearing

Party filing motion:     Appellee

Document to be filed:

Is appeal accelerated? ☐ YES    ☐ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s**/**  Sherry Radack
    ☐ Acting individually    ☒ Acting for the Court

Panel consists of   Chief Justice Radack and Justices Goodman and Farris

Date:  August 10, 2021